**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 29, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00351-CV

**JANICE A. EVANS, Appellant**

**V.**

**PROFESSIONAL WELDING SUPPLY, INC., SOUTHERN INDUSTRIAL LEASING AND CIRO MEMBRENO, Appellees**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2013-20948**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 12, 2015. On September 15, 2015, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby and Brown.